UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

       - v -                              :     NOTICE OF INTENT TO
                                                 FILE AN INFORMATION

JAMES NEFF,                                  :

           Defendant.                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     White Plains, New York
              June 3, 2025

                                    JAY CLAYTON
                                    United States Attorney

                    By:    _/s/ Justin L. Brooke_____
                           Justin L. Brooke
                           Assistant United States Attorney

                                  AGREED AND CONSENTED TO:

                    By:    _____
                           Benjamin Gold
                         Attorney for JAMES NEFF