UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAMES NEFF,

Defendant.

INFORMATION

25 Cr. 271

## COUNT ONE
(Possession of Firearms and Ammunition After a Felony Conviction)

The United States Attorney charges:

1. From at least in or about November 2023 to on or about May 1, 2024, in the Southern District of New York and elsewhere, JAMES NEFF, the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit, a (1) 9mm Luger caliber privately-made Sig Sauer Model P320-style pistol; (2) 9mm Luger caliber privately-made SS80 Glockstore Model Glock 43-style pistol; (3) 9mm Luger caliber Sar Arms Model Hawk-PP pistol; (4) .40 Smith & Wesson caliber privately-made Polymer 80 Model PF940C Glock 23-style pistol (Glock 23 slide and barrel serial number DXG411); (5) 9mm Luger caliber privately-made Sig Sauer Model P228-style pistol; (6) .45 Auto caliber privately-made Polymer 80 Model PF45 Glock 21-style pistol; (7) 9mm Luger caliber privately-made Polymer 80 Model PFSS pistol; (8) .40 Smith & Wesson caliber privately-made Polymer 80 Model PF940V2 Glock 22-style pistol; (9) .45 Auto caliber privately-made Polymer 80 Model PF45 Glock 21-style pistol; (10) .40 Smith & Wesson caliber privately-made Polymer 80 Model PF940C Glock 23-style pistol (Glock 23 slide and barrel serial number DZZ026); (11) 9mm Luger caliber privately-made Polymer 80 Model PF9SS Glock 43X-style pistol; (12) .32 Smith & Wesson Long caliber Harrington & Richardson

Model 732 revolver; (13) .22 long rifle caliber Hi Standard Model R100 revolver; (14) 9mm Luger caliber privately-made Mac-11-style pistol; (15) 9mm Luger caliber Sig Sauer Model P226 pistol; (16) 5.56mm caliber privately-made rifle, with pistol grip, bayonet lug, and muzzle device; (17) 12 gauge Mossberg Model 500 ATP shotgun; (18) 9mm Luger caliber Keltec Model Sub 2000 rifle; (19) 12 gauge Remington Model 11-87 Premier shotgun; (20) 7.62mm caliber Armscorp USA Model M-14 rifle; (21) .32 Winchester Special caliber Winchester Model 94 rifle; (22) 5.56mm caliber Rock River Arms Model LAR-15 rifle; (23) .223 Remington caliber Century Arms Model Golani Sporter rifle; (24) 12 gauge Smith & Wesson Model 3000 shotgun; (25) .22 long rifle caliber Mossberg Model 144 LSA rifle; (26) .22 long rifle caliber Sears & Roebuck/J.C. Higgins Model 103.18 rifle; (27) 5.56mm caliber Olympic Arms Model P.C.R. 99 rifle; (28) 7.62x39mm caliber ITM Arms Model MK99 rifle; (29) .22 long rifle caliber Walther Model Walther UZI .22LR MP rifle; (30) 7.62x39mm caliber Norinco Model SKS rifle; (31) 7.62x39mm caliber SKS rifle of unknown Chinese origin, imported by PW Arms; and (32) a readily-assembled pipe bomb, and ammunition, to wit, cartridges of .40 Smith & Wesson Federal, 9mm Luger PMC, and Luger 9mm CBC, and the firearms and ammunition were in and affecting commerce.

(Title 18, United States Code, Section 922(g)(1).)

### FORFEITURE ALLEGATION

2.  As a result of committing the offense alleged in Count One of this Information, JAMES NEFF, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in the offense alleged in Count One of this Information, including, but not limited to, the following: (1) 9mm Luger caliber privately-made

Sig Sauer Model P320-style pistol; (2) 9mm Luger caliber privately-made SS80 Glockstore Model Glock 43-style pistol; (3) 9mm Luger caliber Sar Arms Model Hawk-PP pistol; (4) .40 Smith & Wesson caliber privately-made Polymer 80 Model PF940C Glock 23-style pistol (Glock 23 slide and barrel serial number DXG411); (5) 9mm Luger caliber privately-made Sig Sauer Model P228-style pistol; (6) .45 Auto caliber privately-made Polymer 80 Model PF45 Glock 21-style pistol; (7) 9mm Luger caliber privately-made Polymer 80 Model PFSS pistol; (8) .40 Smith & Wesson caliber privately-made Polymer 80 Model PF940V2 Glock 22-style pistol; (9) .45 Auto caliber privately-made Polymer 80 Model PF45 Glock 21-style pistol; (10) .40 Smith & Wesson caliber privately-made Polymer 80 Model PF940C Glock 23-style pistol (Glock 23 slide and barrel serial number DZZ026); (11) 9mm Luger caliber privately-made Polymer 80 Model PF9SS Glock 43X-style pistol; (12) .32 Smith & Wesson Long caliber Harrington & Richardson Model 732 revolver; (13) .22 long rifle caliber Hi Standard Model R100 revolver; (14) 9mm Luger caliber privately-made Mac-11-style pistol; (15) 9mm Luger caliber Sig Sauer Model P226 pistol; (16) 5.56mm caliber privately-made rifle, with pistol grip, bayonet lug, and muzzle device; (17) 12 gauge Mossberg Model 500 ATP shotgun; (18) 9mm Luger caliber Keltec Model Sub 2000 rifle; (19) 12 gauge Remington Model 11-87 Premier shotgun; (20) 7.62mm caliber Armscorp USA Model M-14 rifle; (21) .32 Winchester Special caliber Winchester Model 94 rifle; (22) 5.56mm caliber Rock River Arms Model LAR-15 rifle; (23) .223 Remington caliber Century Arms Model Golani Sporter rifle; (24) 12 gauge Smith & Wesson Model 3000 shotgun; (25) .22 long rifle caliber Mossberg Model 144 LSA rifle; (26) .22 long rifle caliber Sears & Roebuck/J.C. Higgins Model 103.18 rifle; (27) 5.56mm caliber Olympic Arms Model P.C.R. 99 rifle; (28) 7.62x39mm caliber ITM Arms Model MK99 rifle; (29) .22 long rifle caliber Walther Model Walther UZI .22LR MP rifle; (30) 7.62x39mm caliber

3

Norinco Model SKS rifle; (31) 7.62x39mm caliber SKS rifle of unknown Chinese origin, imported by PW Arms; (32) a readily-assembled pipe bomb; and (33) all ammunition seized from the defendant on or about May 1, 2024, including from premises used or possessed by the defendant, including his residence in Dobbs Ferry, New York, his storage unit in Mount Vernon, New York, and his storage unit in East Stroudsburg, Pennsylvania.

### Substitute Assets Provision

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   (1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or

   (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*JAY CLAYTON*
United States Attorney