UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAMES NEFF,

           Defendant.

**WAIVER OF INDICTMENT**

25 CR. 271 CTX1 6/12/25

The above-named defendant, who is accused of violating Title 18, United States Code, Section 922(g)(1), being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

           _____
           James Neff
           Defendant

           _____
           Benjamin Gold, Esq.
           Attorney for Defendant

Dated: White Plains, New York
       June 12, 2025