# EXHIBIT A

The Honorable Cathy Seibel
United States District Judge
Southern District of New York                    July 24, 2025

Dear Honorable Judge Seibel:

    We (Mary and David Hutson) are both retired social workers who had extensive clinical and administrative careers – Mary in child welfare with The Children's Aid Society and David at the Center for Comprehensive Health Care. We have known James Neff and his family for over 30 years. We met when Jim's late mother (Barbara) joined Dobbs Ferry Lutheran Church where we have been members for 50 years. Jim and his younger brother (Nick) attended church services with their mother. Brother Nick is now the church organist. While Barbara's husband (Greg) does not attend church regularly, he often joins the family at special services and concerts.

    The Neffs usually attend the "coffee hour" fellowship after church, which is where we initially got to know Jim. He was always on the "shy side" but regularly talked with us – either about his work with David or about current events with Mary. It was clear from the beginning that he was very intelligent. We found him to be courteous and pleasant. However, he didn't interact with many people unless they reached out to him. Jim rarely, if ever, spoke with us about activities with peers or about having friends. His day-to-day relationships seemed to be limited to family and co-workers at work.

    While Jim's initial arrest was a shock to us and those closest to him, learning about his interest in owning and working with firearms by himself did "fit", given his mechanical skills, history of competitive shooting, vocal support of the second amendment, and lack of a social life. He told us how he enjoyed and was good at taking things apart, discovering how they worked and putting them back together. That was another thing he liked about guns.

    His second arrest for much the **same** offense was even more shocking. It became clear that he had more than a "misguided, illegal hobby," but rather a compulsive condition that had not responded to several years of incarceration,

but perhaps would respond to behavioral treatment in the appropriate setting. In a recent letter to us, Jim wrote that a psychologist had interviewed him extensively and found that he suffered from autism, which was reflected in his obsession with guns and hoarding behavior. He accepts that he has a psychological problem and regrets that it wasn't identified and addressed earlier in his life. He writes: "Too bad I didn't hear that 30 years ago. Then perhaps I'd have a wife and kids instead of guns." In the same letter, he wrote that he has just two friends, both on the internet.

As you might expect, the stress on Jim's parents has been tremendous. His mother developed terminal cancer during his first incarceration and passed away prior to the second arrest. His father fully recognizes that Jim has a psychological problem but is very concerned as to how it can be addressed. Finally, the impact of Jim's problem on the family (and probably on Jim himself) is no doubt made worse by the fact that they lost another son to drug addiction a few years ago.

Following his current incarceration, we are confident that Jim would want to return to work. He always took pride in his job and appears to have an excellent employment history. Psychological care in conjunction with work would also be critical. While we think his father, Greg, would allow him to live at home, he would need support and direction on how to help Jim utilize the mental health care he needs to address his pattern of social isolation and obsession with guns. Perhaps this court could facilitate, at least for a period, this goal through a placement in a supportive small group environment.

We, along with many other members of our church, want the best care possible for Jim and will continue to support him and his family as best we can.

Sincerely yours,

*Mary Hutson*
*David Hutson*
Mary and David Hutson