# EXHIBIT B

Dear Judge Seibel,

    I will not have guns in the future. It is illegal and I know I will get into trouble. Many consider guns dangerous, and guns make them feel unsafe. I understand why because guns can cause horrible harm and hurt people. I believed the guns I had would never be used to harm because I don't want to hurt anyone, and I never have. I don't carry guns around with me or in my car. I don't walk around trying to pick a fight or upset people. I try to get along with people and keep my head down. I now see that my intention does not matter and certainly does not matter more than the law.

    I have always been interested in firearms and mechanics. During my high school days, my dad had a catfish farm in the Fla Everglades. I spent a couple of summers working there with him. On the farm, I saw a gun in each of the buildings. They shot gators and snakes. The county roads had signs that were all covered in bullet holes. I started to read gun magazines from the news stand early in high school. I started collecting books about guns. I was president of a gun club centered on competitive shooting. I continued to do clubs and be around guns. I felt the most accepted and normal in these environments because I knew how to make conversation. I had things to talk about I was competent in. Otherwise, I didn't really have any friends because I didn't know how to talk about music, sports, or popular things. We didn't socialize outside these gun related events so I was still basically isolated, but when I was at the activity it was social, and I really enjoyed that. At most parties people want to talk about the NY Mets, not manufacturing techniques like I'm interested in.

    I have always felt I didn't fit in. I was always bullied in school, grades 6-12. I was alone and quiet. The students voted me "Quietest Boy" at my school, that was 1980. I didn't do very well in school as a kid and teenager. Academically, I struggled in English and philosophy type courses which wasn't very promising. Years later I switched to mechanical classes and had much better luck. That type of course and work make much more sense to me. I went on to low paying mechanical jobs. I finally learned to be a machinist in the 1990s and got my first good paying job in 1999, but a year later I was arrested for possessing unlicensed firearms and homemade firecrackers. Getting out of prison in 2005, I had to start working again at low paying jobs because of my felony

conviction and then the economic crash in 2008. I kept the same job for over 20 years. I stayed on task until I completed it. I was on unlimited overtime working 50-60 hour weeks.

Still, I never made enough money to move out of the parents home or find a girlfriend. Actually, I couldn't even find male friends. I had nothing in common with anybody. I pretty much accepted this. I would try to socialize with co-workers but they did not care to talk about machines and mechanics outside of work. They had their own families they wanted to be with. I would go home and help care for my elderly father and younger brother. My younger brother's interests are very focused in the music category. He won't take a bus and can't drive. He can't manage his own finances. With him it's pretty obvious he has autism because he really can't do much on his own. I can so it never occurred to me to think about autism for myself since he was much more limited.

My lawyer Mr. Gold had me meet with Dr. Stuart who introduced the idea to me that I could have autism. He mentioned studying something for life and special interests and that resonated. I really thought about it. I wished my parents had hired him 30, 40 years before that. Then I would have asked him what should be done. How do I date and socialize? I don't know what would have been different if had that conversation earlier, but I wish I did. If someone had mentioned this 20 years ago that would have helped. Really, at 63 it's late to start helping a problem. By the time I get out I'll be even older.

I see the hoarding Dr. Stuart discussed too. I have hoarding here, but I have never considered a disorder before. I have 70-80 soups from the commissary stacked up in my cell here. I live off of the issued food and stockpile the commissary food. I have so much food that it starts to go bad and I can't eat it. I always considered it an attribute. Hoarding food might be a good thing because one day you may not have it. My parents came from the Midwest and didn't have any money. I grew up in more dire war times internationally. Kids these days think money grows on a cellphone. People throw pennies away, they don't want them. I pick them up and save them. I want copper pennies from pre 1982 before they switched over to zinc. The metal in a penny is worth more than the penny itself but you can't melt them down because you can't destroy

US currency. It's against the law. One day if they decommission the penny, I would be able to do that and make money.

I think I would need some sort of professional to help me understand my shortcomings in social fields and fixations. I would like to learn more about autism and hoarding. I would like to read and study more. My resources are extremely limited in jail. I have always felt different, and people generally say that about me, you're different. It would be nice to have a deeper understanding of why. If I could socialize properly and had friends I would be with them instead of being home alone fixated on guns and ammunition. I would be interested in learning where I can socialize to find people who are interested in computers and mechanics, people who build bikes and motorcycles. I love the beach, I walk on the sand and boardwalks. I want to shift my focus to those interests and leave guns behind.

You see I have plenty of other interests, I don't need to get back to guns and I won't. What I did having all these illegal guns was dangerous and wrong. I understand the consequences of breaking the law. I am getting older and want to move on with my life so I can continue to care for my brother and father and also enjoy my own life. I want to learn how to socialize, make friends, and better adjust. I will not have firearms anymore and will respect the law fully.

Thank you,

James Neff

*[signature]*