# EXHIBIT C

Dear Board Members,

I am writing on behalf of James Neff. I'm 59 years old and I've known him for most of my life. His younger brother, Billy (now deceased), and I were very close friends. The Neff's have been a reputable family in our hometown of Dobbs Ferry for 6 decades.

I can recall my first memory of "older brother Jim". The three of us were enrolled in a summer daycare program at the Presbyterian church down the street. One specific day stands out, a field trip to the local Getty gas station. The proprietor sat us in a room and gave a lesson on combustion engines (yawn). Now, for a bunch of 6 and 8 year olds, it was way beyond our current interest. Jim, however, was focused and asked questions. He always had an interest and connection with mechanical objects. Many years later he would work at that same Getty station after school pumping gas, uniform and window squeegee in hand. It was a unique sight amongst us kids. At best, we did chores for neighbors like pulling weeds, delivering newspapers, dog walking and maybe cutting grass if we were trusted enough. Jim's employment at the station was an achievement in the "kid world" and we admired him for it.

I bring these snippets of history up, because there are significant themes; an association with the church, holding a job and being a productive worker, an innate mechanical talent. Jim and Bill's mother was a pious woman and the church, along with Bible lessons, were important in the home. Their parents taught them to know the difference between good and evil, and have respect for others. We all were in that town, during that time. Dobbs Ferry in the 70's was a safe, intimate community and an ideal place to raise a family. There was a hardly a criminal element, certainly not amongst our peers. Maybe there was a little, adolescent mischief going on. Firecrackers were the big thing back then. We'd go off into the woods, out of sight and light them off. That was pretty much the extent of it. No disturbing the public, no vandalism. Sometimes I think Jim and his interest in firearms is a link to those simple days. Which brings me to the point I most want to convey-

I've never witnessed Jim act malicious or hurt a living creature. He's not an "angry" person, doesn't hunt and has always been kind to others. I doubt he's ever even shot a squirrel or a bird.

I'm a believer in crime and punishment and I understand why Jim is incarcerated. He broke a serious law. We all wish this wasn't the case. It has greatly disrupted what remains of his family. Billy's been gone for almost a decade. Mrs. Neff, too, leaving a frail, elderly Mr Neff with younger brother Nicky to hold everything together. It's a sad circumstance. He's a much-needed family member and a productive worker in society. It would be wonderful if he could return home and go back to work. He's not a bad person and I don't believe a serious threat to society. He's just "Jim Neff", a guy who was still living with his dad in the Dobbs Ferry house he grew up in. I truly hope that can happen again.

Thank you for reading and considering my letter.

ROLF SVENSSON