# EXHIBIT D

# TRI-TECHNOLOGIES, INC.
., MOUNT VERNON, NY 10553
PHONE:          FAX:
MACHINING. MANUFACTURING. ASSEMBLY. ENGINEERING

July 31, 2025

To Whom It May Concern:

My name is David Hirsch, owner of Tri-Technologies, Inc. James Neff was employed with Tri-Technologies from March 1, 2005 through May 1, 2024, as a machine operator. He worked here for nearly twenty years, that alone is a testament to his work ethic and character. I would absolutely hire him back. I trust him around my business and employees. He was always a good reliable employee. Throughout his employment James always arrived on time and stayed late when needed. He was reliable as well as a conscientious employee. He was always willing to help even with tasks that were not his specific job responsibilities.  For example, if our driver was sick James would deliver and/or pick up purchase orders/parts from our suppliers. Our suppliers are located throughout the tri-state area therefore due to traffic and unforeseen circumstances he would return to the shop as late as 7:00pm not once did he complain. Another example, James, if asked would arrive at work earlier than his start time if a specific task needed to be done for a job to be completed.  He would start at as early as 6:45 AM. He never once exhibited a violent temperament throughout his entire employment.

I think James was / is not able to fully understand his actions incurred and maybe a way to get some attention. I think he was a loner person and did not associate to much with coworkers. He may even have done this for the attention to him or to try to make friends. Maybe he needs more structure and guidance so he can better understand the impact of his actions.  I would think further incarcartion is an option but making James go back to work with strict monitoring while working to pay back the tax payer for the cost of the investigation and legal matters would be even better suited. We would offer his job back and even help with the monitoring of his daily movements here.

Sincerely,

David Hirsch