# EXHIBIT E

Psychological Evaluation
Filed under Seal