# EXHIBIT F

**Bryan Stuart, PsyD**
**Cedar Psychology, PC**

| | |
|---|---|
| **Education** | Psy.D. in Clinical Psychology, September 2001<br>Ferkauf Graduate School of Psychology<br>Albert Einstein College of Medicine<br>Yeshiva University<br>Bronx, NY<br><br>B.A. in English Literature (Psychology minor), May 1991<br>Rutgers College of Rutgers University<br>New Brunswick, NJ |
| **Professional Credentials** | New York State License for Professional Practice in Psychology<br>(License # ███████) |
| **Affiliations** | Member: American Psychology Law Society |
| **Clinical Experience** | Private Practice: December 2003—present<br>New York, NY<br>Private practice of forensic psychological evaluations and clinical psychology; evaluations in matters in New York supreme, criminal, and immigration courts; psychological testing; court testimony<br><br>Chief Clinician: October 2019—December 2023<br>Psychologist:  November 2003—September 2019<br>New York City Health and Hospitals<br>Family Court Mental Health Services, New York, NY<br>Providing the courts with forensic and diagnostic evaluations in child protective, juvenile delinquency, competency, and domestic violence matters; risk assessment; psychological testing; court testimony.<br>Special focus on adult and juvenile sex offense matters.<br>As Chief Clinician, providing coaching, supervision, and mentoring to Family Court Mental Health clinicians (psychologists and psychiatrists) on a citywide basis; researching and providing content for training seminars; leading and co-leading Grand Rounds and other trainings; developing and addressing program-wide learning needs; preparing clinical staff for court testimony; assisting with policy development; conducting interventions with underperforming staff<br><br>Clinical Psychologist/Clinic Manager:  December 2001—September 2003<br>AHRC, Clinical and Family Services, Bronx, NY<br>Individual, family, and collateral psychotherapy, for children and adults diagnosed with developmental disabilities and traumatic brain injuries; diagnostic psychological testing. As clinic manager, supervision of clinical and administrative events and proceedings of an off-site satellite (Bronx) clinic |

**Bryan Stuart, PsyD**
**Cedar Psychology, PC**

| | |
|---|---|
| **Clinical Experience (continued)** | Intern: September 2000—September 2001<br>AHRC, Clinical and Family Services, New York, NY<br>Individual, group and family psychotherapy for individuals with developmental disabilities and traumatic brain injuries, as well as for members of their families; diagnostic psychological and neuropsychological testing<br><br>Extern: September 1998—December 1999<br>PostGraduate Center for Mental Health, Adult Clinic, New York, NY<br>Outpatient individual psychotherapy, neuropsychological testing, intake interviews<br><br>Extern: September 1997—August 1998<br>Educational Alliance, Mental Health Clinic, New York, NY<br>Outpatient individual and family psychotherapy for children and adults, psychological testing<br><br>Residence Counselor:  March 1994—July 1996<br>SERV Centers of NJ, Secaucus, NJ<br>Individual counseling, crisis intervention, leadership of treatment groups, medication management, making referrals and coordinating follow-up services for substance abusers with chronic mental health problems in long-term residential facility<br><br>Mental Health Specialist:  October 1991—March 1994<br>Adult Inpatient Unit, Community Mental Health Center, Piscataway, NJ<br>Intake interviews, individual and group counseling of inpatients with a wide range of diagnoses, crisis intervention, MICA education, ADL assistance, and discharge planning |
| **Additional Experience** | Qualified as an expert in New York City Family Courts (including New York County, Kings County, and Queens County); Kings County Supreme Court; New York County Supreme Court; and Federal Immigration Court<br>    (E.g., see Matter of Justin L. 2017 NY Slip, Op 27268 Decided on August 15, 2017 Family Court, Kings County Wan, J. Published by New York State Law Reporting Bureau pursuant to Judiciary Law §431. https://law.justia.com/cases/new-york/other-courts/2017/2017)<br><br>Expertise in risk assessment of individuals adjudicated of sexual offenses<br><br>Educator in Continuing Education seminars, including:<br>    DSM-5 TR: Diagnoses in Legal Matters (1/29/23 & 2/15/23)<br>    Brief Focused Psychological Assessments in Legal Proceedings (3/31/22)<br><br>New York State Psychological Association: Executive Committee Member 2008-2009 |

**Bryan Stuart, PsyD**
**Cedar Psychology, PC**

| | |
|---|---|
| **Recent Presentations (abbreviated)** | *Emergency Evaluations for the Court & Imminent Risk*<br>Co-leader, Grand Rounds Series, Continuing Education programming<br>Family Court Mental Health Services (March 2022)<br><br>*Psychological Testing in the Courts: Conducting & Testimony*<br>Co-leader, Forensic Clinicians Seminar<br>Family Court Mental Health Services (March 2022)<br><br>*Clinical & Collateral Interviewing in Forensic Settings*<br>Co-leader, Forensic Clinicians Seminar<br>Family Court Mental Health Services<br>(Multi-part Seminar, October 2021 - January 2022)<br><br>*Imminent Risk Evaluations*<br>Co-leader, New Clinicians Seminar<br>Family Court Mental Health Services<br>(Two-part Seminar, June 2021)<br><br>*Forms of Bias in Mental Health Evaluations*<br>Co-leader, New Clinicians Seminar<br>Family Court Mental Health Services<br>(November 2021)<br><br>*Mental Health Diagnoses & Parenting*<br>Co-leader, New Clinicians Seminar<br>Family Court Mental Health Services<br>(September 2021)<br><br>*Racism & Diversity in Forensic Mental Health*<br>Co-leader, Family Court Mental Health Services Study Group<br>(June 2020 – January 2021)<br><br>*Problematic Sexual Behavior in Juvenile Delinquency Matters*<br>Family Court Mental Health Services: Queens County (January 2020), Bronx County (January 2020), New York County (February 2020)<br><br>*Conduct Disorder: Origins, Diagnosis and Treatment*<br>Bronx Family Court panel for judges, attorneys, and personnel (February 2020)<br><br>*Family Court Mental Health Referrals Through the Lens of Trauma*<br>Family Court Mental Health Services: Kings County (February 2020) |
| **Additional Training (abbreviated)** | Case Formulation in Violence Risk Assessment Workshop, online, May 2024<br>Steven D. Hart, Protect International, Risk and Safety Services Inc. |

**Bryan Stuart, PsyD**
**Cedar Psychology, PC**

Family Court Mental Health Services, October 2019
Diagnosis, Assessment, and Treatment of Persons with Anger Problems

Family Court Mental Health Services, June 2019
The School-to-Prison Pipeline

Family Court Mental Health Services, November 2018
Multisystemic Therapy: Psychiatric Services

Family Court Mental Health Services, September 2018
New York State's Raise the Age Legislation

Family Court Mental Health Services Grand Rounds, February 2018
New York City's Asian American Community

Family Court Mental Health Services Grand Rounds, October 2015
Addressing Systemic Inequities

Family Court Mental Health Services Grand Rounds, August 2015
Assessment and Treatment of Youth Engaging in Problem Sexual Behavior

Family Court Mental Health Services Grand Rounds, July 2015
Overview of Assessment and Treatment for Youths Engaging in Problem Sexual Behavior

Family Court Mental Health Services Grand Rounds, February 2015
Torture - Ethical and Clinical Issues

Family Court Mental Health Services Grand Rounds, September 2014
Children of the Prison Boom: Mass Incarceration and the Future of American Equality

Family Court Mental Health Services Grand Rounds, June 2014
The Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition (DSM-5)

Family Court Mental Health Services Grand Rounds, May 2014
Assessment of Trauma

Family Court Mental Health Services Grand Rounds, November 2013
Trauma Informed Screening and Assessment with Justice-Involved Youth

Family Court Mental Health Services Grand Rounds, October 2013
Close to Home Services

Family Court Mental Health Services Grand Rounds, April 2013
Juvenile Justice: The Role of Mental Health Evaluations

**Bryan Stuart, PsyD**
**Cedar Psychology, PC**

                        Family Court Mental Health Services Grand Rounds, January 2013
                        Dispositional Reform in Juvenile Justice: The Role of Mental Health Evaluations

                        Family Court Mental Health Services, Grand Rounds, October 2011
                        Welcoming Lesbian, Gay, Bisexual and Transgender Persons into Healthcare

**Publications**          Correlates of Recidivism in Female Prisoners: An Exploratory Study
                        *Journal of Psychiatry and Law.* Spring 2004, Vol 32.

                        Book review: <u>Psychiatric Treatment of Sexual Offenders: Treating the Past Traumas in Traumatizers</u>, by Jamshid A. Marvasti, M.D. (Ed.).
                        *Journal of Psychiatry and Law.* Winter 2009, Vol 37.

                        Book review: <u>Experts in Court: Reconciling Law, Science, and Professional Knowledge</u>, by Bruce D. Sales and Daniel Shuman.
                        *Journal of Psychiatry and Law.* Spring 2006, Vol 34.

                        Book review: <u>Inside the Criminal Mind,</u> by Stanton E. Samenow.
                        *Journal of Psychiatry and Law.* Spring 2004, Vol 32.

                        Book review: <u>Introduction to Forensic Psychology: Issues and Controversies in Crime and Justice</u>, by Bruce A. Arrigo.
                        *Journal of Psychiatry and Law.* Winter 2002, Vol 30.

                        Book review: <u>The Female Offender</u>, by Meda Chesney-Lind
                        *Journal of Psychiatry and Law.* Spring 2001, Vol 29.

**Expert Testimony:**
    **(abbreviated)**

<u>New York City Family Courts</u>

*Partial listing of testimony performed in the context of child protective proceedings (except as noted)*

2/1/11, 2/9/11 (*juvenile delinquency*), 2/10/11 (*juvenile delinquency*), 3/29/11 (*juvenile delinquency*), 6/20/11, 11/14/11, 12/2/11, 12/8/11, 3/13/12, 3/19/12, 3/27/12, 5/29/12, 6/12/12, 6/13/12, 7/24/12, 7/31/12, 2/11/13, 2/16/13, 2/19/13, 5/19/13, 6/17/13 & 6/19/13 (continued), 7/9/13, 12/18/13, 3/25/14, 4/24/14, 6/25/14, 6/30/14, 7/16/14, 11/21/14, 11/24/14, 11/25/14, 12/12/14, 1/7/15, 1/9/15, 1/15/15, 1/20/15, 1/21/15, 1/22/15, 1/26/15, 2/2/15, 2/3/15, 6/12/15, 6/22/15, 9/22/15, 9/24/15, 11/17/15, 3/14/16 & 3/15/16 (continued), 5/18/16, 5/31/16,

**Bryan Stuart, PsyD**
**Cedar Psychology, PC**

**Expert Testimony:  2011-2023**
      **(continued)**

6/14/16, 7/12/16, 8/17/16 (*juvenile delinquency*), 9/8/16, 11/4/16, 3/6/17, 3/27/17, 4/6/17, 4/24/17, 6/29/17, 10/25/17, 11/3/17, 12/15/17, 12/19/17 & 1/10/18 (continued), 4/30/18, 5/7/18, 1/4/19, 1/29/19, 3/6/19, 6/13/19, 10/2/19 & 10/7/19 (continued), 3/18/20 & 3/20/20 (continued), 8/19/21 & 9/17/21 (continued), 2/17/22, 5/2/22, 10/13/22 & 10/20/22 (continued), 2/2/23 & 2/17/23 (continued), 6/7/23 & 6/23/23 (continued)

<u>New York City Immigration Court</u>

4/28/11, 3/4/14, 7/22/15, 10/13/15, 11/24/15, 5/31/16, 12/8/17, 3/8/18, 5/7/18, 6/27/18, 8/1/18

<u>Supreme Court</u>

New York County Supreme Court:  7/7/14
Kings County Supreme Court:  2/27/19 & 2/28/19 (continued), 10/24/19