# EXHIBIT G

Date: August 4, 2025

To: Judge Seibel

James Neff, my son, is a hard-working, reliable member of my family.

My family, including James, has lived at ███████████████████████ for more than 58 years.   The family now consists of myself, James' brother, Nicolas, and James.   Barbara, my wife of 60 years, passed away in 2022, and James' brother, William passed a few years before that.

I am a retired Intellectual Property attorney who practiced law for 63 years.   I am 90 years old.

James, before he was arrested, had major responsibilities in our household.   In addition, he held a job as a machinist at a manufacturing company in Mount Vernon.   He held that job for around twenty years.   As I understand it, he was a hard-working, very reliable employee.    He worked long hours and had a responsible job.

James never married, and has few friends.   He loves building things and is good at what he does.

James is, and, to my knowledge, always has been, a peaceable and helpful man.   As far as I know, he has not fought with or had significant altercations with others.   In fact, I believe that he goes out of his way to avoid essentially all such conflicts.

As an example of his helpfulness and generous nature, in 2022, shortly after his mother passed, I expressed a deep-felt need to visit my remaining family in the Kansas City area, and my in-laws in Wisconsin.   I had not visited them for many years, and needed to re-establish relations.   Jim had two weeks of vacation coming to him from his job.   Knowing that, at my advanced age, I could not do it alone,  Jim volunteered to join me in driving to see our relatives, using all of his vacation time to do so.   We made a valuable 3,300 mile trip together.

I do not know why James has, without my knowledge, built and stored weapons, but it seems due to an obsession to prepare a means for defense of home and family.   This may be his response to bullying when he was young, and, in later years, foreign threats against our nation.

I hope that Jim is returned to our family soon, at least before our numbers are further reduced by the passage of time.

       Sincerely,    Gregor N. Neff