UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      -v-<br><br>JAMES NEFF,<br><br>               Defendant. | 25-CR-271 (CS)<br><br>ORDER |

Seibel, J.

Having concluded that Defendant James Neff was not financially qualified for court-appointed counsel, (ECF No. 40); and having received from defense counsel a list of the personnel who worked on Defendant's case, for how many hours, and in what capacity, (ECF No. 41); and having used the 2025 CJA rate of $175 per hour to calculate the cost of attorney time; and having used the CJA Service Provider Presumptive Hourly Rates on the Second Circuit's website to calculate the cost of non-attorney time, the Court calculates the amount to be reimbursed -- $31,248.25 – based on the following:

Angel Bosques: 82.5 hours x $125 for non-capital mitigation specialist = $10,312.50

Jennifer Brown: 1 hour x $175 = $175

Ben Gold: 93.24 hours x 175 = $16,317

Henry Peets: 22.5 hours x $110 for investigator = $2475

Juliet Vicari: 15.75 hours x $125 for non-capital mitigation specialist = $1968.75

If Defendant believes these rates should not be applied, he may so notify the Court, with suggested alternate rates, no later than March 16, 2025.  Otherwise, Defendant James Neff shall reimburse the Treasury in the amount of $31,248.25, no later than May 15, 2026.

SO ORDERED.

Dated: March 2, 2026
      White Plains, New York

                                                  _____
                                               CATHY SEIBEL, U.S.D.J.